# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————————

T.C.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1415

—————————————————————

May 29, 2024

Appeal from the Circuit Court for Pinellas County; Kimberly Campbell, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

—————————————————————

Opinion subject to revision prior to official publication.